ACCEPTED
01-15-00292-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/18/2015 4:25:15 PM
CHRISTOPHER PRINE
CLERK

**Nos. 01-15-00291-CR 01-15-00292-CR, & 01-15-00293-CR**

IN THE

## *Court of Appeals*
## *For the First Judicial District of Texas*
## *At Houston*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/18/2015 4:25:15 PM
CHRISTOPHER A. PRINE
Clerk

_____

# DANIEL SHERMAN BROWN,

*Appellant*

*v.*

# THE STATE OF TEXAS

*Appellee*

_____

Cause numbers: 1414895, 1422157, & 1422158
In the 183rd Judicial District Court
Of Harris County, Texas

_____

## *Appellant's Motion for Extension of Time Within Which to file the Appellant's Brief*

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Daniel Sherman Brown, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his appellate brief. In support of his motion, the appellant submits the following:

(A)    The appellant's brief is due on August 14, 2015.

(B)  The appellant seeks an extension of time to file the appellant's brief until, September 30, 2015.

(C)  The appellant relies upon the following facts to reasonably explain the need for an extension:

Due to the undersigned's work load, more time is necessary to review the appellant record and prepare an appellate brief.

(D)  No previous motion requesting an extension of time to file the appellant's brief has been requested or granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until September 30, 2015.

Respectfully submitted,

__/s/__ **Kelly Smith**_____
KELLY ANN SMITH

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5 & 9.4, this certifies that this document contains 274 words and a copy of the foregoing was served on the State at the following address: Devon Anderson, District Attorney,  1201 Franklin, 6th Floor, Houston, Texas  77002.

__/s/__ **KellySmith**_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX  77206
281-734-0668
Kelly.A.Smith.06@gmail.com